# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE:  SAN FRANCISCO

FILED
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES OF AMERICA,

## V.

REYNALDO FUENTES-GONZALEZ

## E-filing

CR 08        0421

### DEFENDANT.

SI

# INDICTMENT

Title 8, U.S.C. §1326 - Illegal Reentry by an Alien
After Deportation (Class C Felony)

INDICT

A true bill.

_____
                          Foreman

Filed in open court this _26_ day of June
                                                     2008

_____
                          Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUN 2 6 2008

▶ REYNALDO FUENTES-GONZALEZ

DISTRICT COURT NUMBER

E-filing CR 08    0421    SI

PENALTY:

Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

3: 08-70365 BZ

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison M. Danner

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

**DATE OF ARREST** ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3

4

5

6

7  **E-filing**

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,         CR 08        0421

13      Plaintiff,                    )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                      )   Reentry Following Deportation
14      v.                            )
                                      )
15  REYNALDO FUENTES-GONZALEZ,        )   SAN FRANCISCO VENUE
                                      )
16                                    )
        Defendant.                    )
17  _____   )

18

19                  I N D I C T M E N T

20  The Grand Jury charges:

21      On or about May 30, 2007, May 6, 2005, April 28, 2005, and February 23, 2005, the

22  defendant,

23              REYNALDO FUENTES-GONZALEZ,

24  an alien, was excluded, deported and removed from the United States, and knowingly and

25  voluntarily reentered the United States and, thereafter, on or about June 9, 2008, was found in the

26  Northern District of California, the Attorney General of the United States and the Secretary for

27  Homeland Security not having expressly consented to a re-application by the defendant for

28  \\

INDICTMENT                          1

1  admission into the United States, in violation of Title 8, United States Code, Section 1326.

2

3  DATED:                                A TRUE BILL.

4  6-26-08

5                                        _____
                                         FOREPERSON
6  JOSEPH P. RUSSONIELLO
   United States Attorney
7

8

9  KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
10

11 (Approved as to form: _____ )
                          AUSA DANNER
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              2