UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR-08-0421 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- REYNALDO FUENTES-GONZALEZ (C)(SP.INT-BASKER)

Attorneys:  A. Danner          R. Tyler

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                    PART

Case continued to **7/18/08 @ 11:00 a.m.**   for Trial Setting/Status

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(                 )

ORDERED AFTER HEARING:
(No speedy trial exclusions)

Defendant needs additional time to review the discovery that will be produced.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )