JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REYNALDO FUENTES-GONZALEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-0421 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of government and defense counsel in open court, the Court enters this order documenting exclusion of time from July 18, 2008 through July 25, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1.  Defendant was indicted on June 26, 2008, and he was arraigned on the indictment on June 27, 2008.

2.  Defendant made his initial appearance before this Court on July 11, 2008 and made a second appearance on July 18, 2008. No time was excluded under the Speedy Trial Act between June 26, 2008 and July 18, 2008.

STA Stipulation
CR 08-0421 SI

3.     At the status conference on July 18, 2008, defense counsel stated that he intended to file a motion to dismiss in this case and that he would file a preliminary motion on July 25, 2008.  Defense counsel further stated that he would have to do further investigation in order to prepare for and file this motion.

4.     In light of this representation, the Court found that the time period between July 18 and July 25, 2008 was appropriately excluded under the Speedy Trial Act on the grounds that failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  This Court accordingly found that the ends of justice served by excluding the period from July 18, 2008 through July 25, 2008 from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 21, 2008           \s\
                               RONALD C. TYLER
                               Attorney for Defendant

DATED: July 21, 2008           \s\
                               ALLISON MARSTON DANNER
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____          _____
                               SUSAN ILLSTON
                               United States District Judge

STA Stipulation
CR 08-0421 SI                         2