**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/18/08

Case No.   CR-08-0421 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- REYNALDO FUENTES-GONZALEZ (C)(SP.INT-BASKER)

Attorneys:   A. Danner          R. Tyler

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Status  - HELD
2)  
3)  
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                              PART

Case continued to  for Trial Setting/Status

Case continued to  **10/3/08 @ 11:00 a.m.**   for Motions
(Motion due 7/25/08, supplemental briefs 9/5/08 , Opposition 9/19/08, Reply 9/26/08)

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective preparation of counsel
**Delay begins:**          **Delay ends:**
(     AUSA to draft order                )

ORDERED AFTER HEARING:
After review of the discovery, defendant has determined the need to file dispositive motions.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )