BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FUENTES GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00421 SI |
| Plaintiff, | **DEFENDANT'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY** |
| v. | |
| REYNALDO FUENTES GONZALEZ, | Date: October 3, 2008<br>Time: 11:00 a.m.<br>Court: Hon. Susan Illston |
| Defendant. | |

TO: UNITED STATES OF AMERICA, PLAINTIFF; AND JOE RUSSONIELLO, UNITED STATES ATTORNEY; AND ALLISON DANNER, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Reynaldo Fuentes Gonzalez (hereafter "Mr. Fuentes") hereby moves this Court for an order compelling disclosure of all documents within the custody of the Immigration and Customs Enforcement Service (hereafter "ICE") or any other agency of the United States government that are in any manner related to any prior deportation or removal of Mr. Fuentes from the United States. These documents are necessary to the preparation of the already-scheduled motion to dismiss the indictment in this matter.

DEF. MOT. FOR DISCOVERY.
No CR 08-00421 SI

**MEMORANDUM OF POINTS AND AUTHORITIES**

**INTRODUCTION**

Mr. Fuentes is charged in a one-count indictment with a violation of 8 U.S.C. § 1326, illegal reentry after deportation. *See* Indictment, attached to Declaration of Ronald Tyler Authenticating Documents (hereinafter, "Tyler Auth. Dec") as Exhibit A. Mr. Fuentes intends to file a motion to dismiss the indictment on September 5, 2008, on the grounds that none of his prior deportations can constitute the prior lawful deportation order necessary for the government to establish the deportation element of a violation of 8 U.S.C. § 1326. This discovery motion is filed in preparation for the subsequent motion to dismiss.

On February 23, 2005, Mr. Fuentes was removed from this country for the first time. *See* Warrant of Removal, attached to Tyler Auth. Dec. as Exhibit B. He was removed pursuant to an order from an immigration court that was entered in his absence on August 1, 2003. *See* Order of Removal, attached to Tyler Auth. Dec. as Exhibit C. The circumstances surrounding that in absentia order of removal are critical to the determination of Mr. Fuentes's motion to dismiss. The purpose of this preliminary discovery motion is to compel production of information relating to that order.

**ARGUMENT**

**The Government Must Produce All Documents Related to Prior Deportations or Removals of Mr. Fuentes, Including Documents in the Custody of Immigration Courts – Not Merely Documents Within the A-File Associated With Mr. Fuentes.**

Rule 16 of the Federal Rules of Criminal Procedure require the government to produce papers, documents and data that are material to preparing the defense, if such documents are within the government's possession, custody or control. Fed.R.Crim.Pro. 16(a)(1)(E).

A critical element of the defense of this charge will focus on the in absentia order of removal mentioned above. The proceedings that concluded in that order of removal may have been fundamentally flawed. A prior deportation order cannot serve as a predicate for a subsequent

DEF. MOT. FOR DISCOVERY.
No CR 08-00421 SI                                             1

1  prosecution under 8 U.S.C. § 1326 when the deportation proceedings giving rise to the order were
2  fundamentally flawed. *See United States v. Mendoza-Lopez*, 481 U.S. 828, 837 (1987).  If Mr.
3  Fuentes succeeds in a collateral attack on the predicate deportation order, the indictment against him
4  must be dismissed. *See United States v. Andrade-Partida*, 110 F.Supp.2d 1260, 1272 (N.D. Cal.
5  2000).

6      Consequently, any information within the possession, custody or control of the government
7  that is related to Mr. Fuentes's prior deportation proceedings would be material to his defense and
8  must be produced.

9      The government has previously produced approximately 700 pages of material to the defense.
10  A review of that material reveals that it is apparently from the alienage file associated with Mr.
11  Fuentes – the so-called "A-File." Only a small portion of that material appears to be portions of
12  immigration court records of prior deportations. Upon information and belief, the undersigned
13  counsel avers that the government possesses complete immigration court files, separate from the A-
14  File, regarding any deportation ordered by an immigration judge.

15      Mr. Fuentes has made a specific request to the government for production of any and all
16  immigration court files related to his prior deportations or removals. He also has requested a copy of
17  his complete A-File, to the extent that any portion has not yet been produced.

18      Under Rule 16(d)(2), if the government fails to comply with a valid request, the Court may
19  order production. Government counsel has indicated a willingness to comply with the defense
20  requests. Nonetheless, given the critical nature of the information sought, defense counsel files the
21  instant motion to memorialize the requests and to preserve Mr. Fuentes's Rule 16 discovery rights.
22  //
23  //
24  //
25  //
26

DEF. MOT. FOR DISCOVERY.
No CR 08-00421 SI                               2

**CONCLUSION**

For the aforementioned reasons, Mr. Fuentes requests that the Court compel production of any and all immigration court files related to his prior deportations or removals. He also requests that the Court compel production of a copy of his complete A-File, to the extent that any portion has not yet been produced.

Dated: July 25, 2008

                                      Respectfully submitted,

                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                              /S/

                                      RONALD C. TYLER
                                      Assistant Federal Public Defender