BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FUENTES GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REYNALDO FUENTES GONZALEZ,<br><br>　　　　Defendant. | No. CR 08-00421 SI<br><br>**DECLARATION OF RONALD TYLER AUTHENTICATING DOCUMENTS IN SUPPORT OF MOTION FOR DISCOVERY** |

I, Ronald Tyler, state as follows:

1. I am the attorney of record for Reynaldo Fuentes Gonzalez.

2. I submit this declaration to authenticate documents that I received from the United States of America in this matter.

3. Aside from the indictment, which is a filed document included herein for convenience, it is my understanding that the other documents referenced below and attached as Exhibits B and C were obtained from the Bureau of Immigration and Customs Enforcement ("ICE") and that those documents are contained in the alienage and nationality file ("A-File") of Reynaldo Fuentes Gonzalez.

1  a. Attached hereto as Exhibit A is a true and correct copy of the indictment filed in this matter.

3  b. Attached hereto as Exhibit B is a true and correct copy of the Warrant of Removal/Deportation of Reynaldo Fuentes Gonzalez, the second page of which is dated February 23, 2005.

6  c. Attached hereto as Exhibit C is a true and correct copy of the Order of the Immigration Judge in the Matter of Reynaldo Fuentes Gonzalez, illegible but believed to be dated August 1, 2003.

9  I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

11  Signed and dated on the 25th of July, 2008, in San Francisco, California.

_____
RONALD C. TYLER
Assistant Federal Public Defender

DEC. OF RONALD TYLER
No CR 08-00421 SI                       - 2 -

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7                       E-filing
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,          )   CR 08       0421
13 |       Plaintiff,                   )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                        )   Reentry Following Deportation
14 |   v.                               )
15 | REYNALDO FUENTES-GONZALEZ,         )   SAN FRANCISCO VENUE
                                        )
16 |                                    )
       Defendant.                       )
17 |_____  )
18
19                         I N D I C T M E N T
20 The Grand Jury charges:
21       On or about May 30, 2007, May 6, 2005, April 28, 2005, and February 23, 2005, the
22 defendant,
23                        REYNALDO FUENTES-GONZALEZ,
24 an alien, was excluded, deported and removed from the United States, and knowingly and
25 voluntarily reentered the United States and, thereafter, on or about June 9, 2008, was found in the
26 Northern District of California, the Attorney General of the United States and the Secretary for
27 Homeland Security not having expressly consented to a re-application by the defendant for
28 \\

INDICTMENT                            1

1 | admission into the United States, in violation of Title 8, United States Code, Section 1326.
2 |
3 | DATED:                              A TRUE BILL.
4 | 6-26-08
5 |                                     /s/ *[signature]*
6 | JOSEPH P. RUSSONIELLO               FOREPERSON
  | United States Attorney
7 |
8 | */s/ Kyle F. Waldinger*
9 | KYLE F. WALDINGER
  | Deputy Chief, Major Crimes Section
10 |
11 | (Approved as to form: *Allison* )
12 |                       AUSA DANNER

INDICTMENT                                  2

| U.S. Department of Justice | Warrant of Removal/Deportation |
|---|---|
| Immigration and Naturalization Service | |

File No: A76 857 773

Date: August 19, 2003

To any officer of the United States Immigration and Naturalization Service:

FUENTES-GONZALEZ, REYNALDO
(Full name of alien)

_____, CA on 07/15/1986
(Date of Entry)

Departure Number

SFR/DRO

UNDER I-154 DOCKET CONTROL
SAN FRANCISCO, CALIFORNIA

A76 857 773

Immigration and Naturalization Service
I-94 Departure Record

FUENTES-GONZALEZ
14. Family Name
REYNALDO    07  12  69
15. First (Given) Name
MEXICO    PART II  BAGGAGE CHECK
17. Country of Citizenship    1118689

02/07
PAPER
DAY

es, based upon a final order by:

tion, or removal proceedings
ignated official

t Judge

gration and Nationality Act:

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: the appropriation, "Salaries and Expenses, Immigration and Naturalization Service."

Please Return Executed I-205/94 to
U.S.I.N.S.
800 Truxtun Ave.
Room 109
Bakersfield, CA 93301
Fed-Ex Account# 2210-0905-3

(Signature of INS official)

Interim Field Office Director
(Title of INS official)

08/18/03, San Francisco, California
(Date and office location)

8/1/03

Form I-205 (Rev. 4-1-97) N

RFG00113

To be completed by Service officer executing the warrant:
Name of alien being removed: FUENTES-GONZALEZ, REYNALDO

Port, date, and manner of removal: NOGALES, ARIZONA FEB 23 2005

AFOOT

Photograph of alien removed

Right index fingerprint of alien removed

_Reynaldo Fuentes_
(Signature of alien being fingerprinted)

_William Rogers IEA_
(Signature and title of INS official taking print)

IDENTED
# DOWN SYSTEM
DATE: 2-22-
OFFICER ID: BK23

Departure witnessed by: _____
(Signature and title of INS official)
Anthony Ham
Immigration Enforcement Agent

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removed (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)
Anthony Ham
Immigration Enforcement Agent

Form I-205 (Rev. 4-1-97) N

RFG00114

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of: _____  Case No.: A _____

_____  Docket: _____

RESPONDENT/~~APPLICANT~~  IN _____ PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

On _____, at _____ AM/~~PM~~, pursuant to proper notice, the above entitled matter was scheduled for a hearing before an Immigration Judge for the purpose of hearing the merits relative to the respondent's/applicant's request for relief from deportation/exclusion. However,

☐ the respondent/applicant was not present.

☐ the respondent's/applicant's representative was present; however, the respondent/applicant was not present.

☒ neither the respondent/~~applicant~~ nor the respondent's/~~applicant~~'s representative was present.

Therefore, as no good cause was given in regard to the failure to appear at the hearing concerning the request for relief, I find that the respondent/applicant has abandoned any and all claim(s) for relief from deportation/exclusion.

Wherefore, the issue of deportability/excludability having been resolved, it is **HEREBY ORDERED** for the reasons set forth in the Immigration and Naturalization Service charging document

☐ that the applicant be excluded and deported from the United States.

☒ that the respondent be deported from the United States to _____.

_____
Immigration Judge

Date: _____

~~WAIVED~~ ( T/B )

RFG00074

Form EOIR - 36
REV. - JUNE 93