JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0421 SI |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | SPEEDY TRIAL ACT CALCULATION |
| REYNALDO FUENTES-GONZALEZ, ) | (18 U.S.C. § 3161(h)(8)(A)) |
|    Defendant. ) | |

     With the agreement of government and defense counsel in open court, the Court enters this order documenting exclusion of time from December 22, 2008 through January 30, 2009 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

     1. Defendant was indicted on June 26, 2008, and he was arraigned on the indictment on June 27, 2008.

     2. On December 22, 2008, the parties appeared before this Court. On December 22, 2008, the parties requested a further status date of January 30, 2009 and requested that the Court exclude time under the Speedy Trial Act. Defense counsel will be out of the country for several weeks in this period, and defense counsel continues to prepare for this case. Accordingly, on

STA Stipulation
CR 08-0421 SI

December 22, 2008, the Court excluded the time between December 22, 2008 and January 30, 2009 under the Speedy Trial Act on the grounds of effective preparation of defense counsel and continuity of counsel, taking into account the exercise of due diligence, and found that the ends of justice served by taking such action outweighed the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 8, 2009  \s\
MARTIN R. SABELLI
Attorney for Defendant

DATED: January 8, 2009  \s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

SUSAN ILLSTON
United States District Judge

STA Stipulation
CR 08-0421 SI              2